J. H. McCabe, appellee, v. Harry D. Bender, appellant.  Gen. No. 31,374.

Action for rent.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Sidney M. Ward, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926.  Affirmed.  Opinion filed May 17, 1927.

Golden & Kagan, for appellant.  Wetten, Pegler & Dale, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

New England Baled Shavings Company, appellee, v. Edmund H. Stroud, appellant.  Gen. No. 31,393.

Action to recover balance due on commissions.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Charles B. Adams, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1926.  Affirmed. Opinion filed May 17, 1927.

Chas. S. Knudson, for appellant.  No appearance for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

August F. Dorn, appellant, v. Joseph F. Kyle, appellee.  Gen. No. 31,409.

Action for personal injuries from defective boat equipment.  Judgment for defendant on directed verdict.  Appeal from the Circuit Court of Cook county; the Hon. J. C. Eagleton, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926.  Affirmed.  Opinion filed May 17, 1927.

Edward N. Sherburne and Benj. F. J. Odell, for appellant.  Rathje, Wesemann, Hinckley & Barnard, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Sherman State Bank v. Crofts & Reed Company et al.

B. R. Kozlowski, petitioner, appellee, v. S. W. Haremski, respondent, appellant.  Gen. No. 31,437.

Appeal from order in receivership proceedings adjudging a receiver guilty of contempt for refusing to turn over moneys had as receiver.  Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1926.  Affirmed. Opinion filed May 17, 1927.  Rehearing denied May 28, 1927.

K. B. Czarnecki, for appellant.  William H. Katt, for appellee; James Percival Pio, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Louis L. Emmerson, secretary of the State of Illinois, appellee, v. Niles E. Smith et al., appellants.  Gen. No. 31,649.

Appeal from order restraining defendants from selling or offering to sell in Illinois securities not exempted by section 5 of the Securities Law.  Interlocutory appeal from Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1926.  Affirmed.  Opinion filed May 17, 1927.